**Robert Carlyle BERRETT, Plaintiff–Appellant,**

v.

**Grace Inez ELMO, Defendant–Appellee.**

No. 00–2282.

United States Court of Appeals, Fourth Circuit.

Submitted April 20, 2001.

Decided May 1, 2001.

Robert Carlyle Berrett, pro se.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Carlyle Berrett appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and agree that there is no subject matter jurisdiction. Accordingly, we affirm on the reasoning of the district court. *See Berrett v. Elmo,* No. CA–98–1428–DKC (D.Md. Sept. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*